R. Duane Westrup (State Bar No. 58610)
email: jveloff@wkalaw.com
Mark L. Van Buskirk (State Bar No. 190419)
email: mvanbuskirk@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, CA 90802-4524
Telephone:     (562) 432-2551
Facsimile:     (562) 435-4856

Michael L. Carver, State Bar No. 173633
email: carverm@aol.com
Michelle M. Lunde, State Bar No. 246585
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Attorneys for Plaintiff Dolores Owens,
individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES OWENS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>KRAFT FOODS GLOBAL, INC., doing business as KRAFT FOODS, INC. and DOES 1-10 inclusive,<br><br>            Defendants. | Case No.: 1:10-CV-02062-AWI-SMS<br><br>**STIPULATED ORDER CONTINUING CLASS CERTIFICATION DATES** |

-1-

Plaintiff Dolores Owens ("Plaintiff") and defendant Kraft Foods Global, Inc., doing business as Kraft Foods, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") enter into the following stipulation, subject to the Court's approval, to continue dates relating to class certification in response to a medical emergency.

1. On March 25, 2011, this Court issued a Preliminary Scheduling and Discovery RE: Class Certification. That Order included the following dates:
   a. Pleading Amendment Deadline: June 30, 2011;
   b. Plaintiff's Motion for Class Certification Filing Deadline: November 4, 2011;
   c. Defendant's Opposition to Class Certification Filing Deadline: December 16, 2011;
   d. Plaintiff's Reply to Opposition to Class Certification Filing Deadline: January 27, 2012; and
   e. Class Certification Hearing: February 27, 2012.

2. The Parties have been actively pursuing discovery, including Requests for Production of Documents, Special Interrogatories and Person(s) Most Knowledgeable depositions.

3. In or about the week of September 19, 2011, Plaintiff's counsel Michael L. Carver's wife was diagnosed with ovarian cancer. Doctors have indicated that the cancer has metastasized and diagnosed it as Stage Four. Treatment began almost immediately at a location approximately four hours away from Mr. Carver's law practice. In connection with Mr. Carver's desires to be by his wife's side during her treatment and to comfort their children, Mr.

Carver and Plaintiff have requested that the law firm of Westrup Klick, LLP join this case as Plaintiff's counsel.  While Mr. Carver's office will remain as counsel of record, Westrup Klick, LLP will move forward as lead counsel with the prosecution of the case.

4. Westrup Klick, LLP is and has been in the process of securing and reviewing the files and documents in the case in efforts to become knowledgeable about the claims and facts of the case.

5. The Parties desire to continue the class certification dates for a period of 120 days in order to complete class discovery and the filing of Plaintiff's motion for class certification.  In addition, during the continued period, the Parties will make good faith efforts to attend a mediation session using a mutually agreeable mediator.  Accordingly, the Parties stipulate to the following continuance:

   a. Plaintiff's Motion for Class Certification Filing Deadline: March 5, 2012;

   b. Defendant's Opposition to Class Certification Filing Deadline: April 16, 2012;

   c. Plaintiff's Reply to Opposition to Class Certification Filing Deadline:  May 28, 2012; and

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

       d.    Class Certification Hearing: June 25, 2012.

AGREED AND STIPULATED:

                           WESTRUP KLICK, LLP

October 5, 2011                /s/ R. Duane Westrup
                                   R. DUANE WESTRUP
                                   Attorneys for Plaintiff Dolores Owens, individually and on behalf of all others similarly situated

                             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

October 5, 2011                /s/ Douglas J. Farmer
                                   DOUGLAS J. FARMER
                                   Attorneys for Defendant Kraft Foods Global, Inc., doing business as Kraft Foods, Inc.

# **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. Plaintiff's Motion for Class Certification Filing Deadline is CONTINUED to March 5, 2012;
2. Defendant's Opposition to Class Certification Filing Deadline is CONTINUED to April 16, 2012;
3. Plaintiff's Reply to Opposition to Class Certification Filing Deadline is CONTINUED to May 28, 2012; and
4. The Class Certification Hearing is CONTINUED to June 25, 2012.

IT IS SO ORDERED.

**Dated:   October 11, 2011           /s/ Sandra M. Snyder**
                               UNITED STATES MAGISTRATE JUDGE