R. Duane Westrup (State Bar No. 58610)
email: jveloff@wkalaw.com
Mark L. Van Buskirk (State Bar No. 190419)
email: mvanbuskirk@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, CA 90802-4524
Telephone:   (562) 432-2551
Facsimile:   (562) 435-4856

Michael L. Carver, State Bar No. 173633
email: carverm@aol.com
Michelle M. Lunde, State Bar No. 246585
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Attorneys for Plaintiff Dolores Owens,
individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES OWENS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GLOBAL, INC., doing business as KRAFT FOODS, INC. and DOES 1-10 inclusive,<br><br>         Defendants. | Case No.: 1:10-CV-02062-AWI-SMS<br><br>**STIPULATED ORDER CONTINUING CLASS CERTIFICATION DATES** |

-1-

Plaintiff Dolores Owens ("Plaintiff") and defendant Kraft Foods Global, Inc., doing business as Kraft Foods, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") enter into the following stipulation, subject to the Court's approval, to continue dates relating to class certification in connection with a medical emergencies.

1. On October 11, 2011 this Court continued class certification dates at the request of the parties as a result of certain medical emergencies. Since that time, one of the medical emergencies resulted in a death. In addition, new counsel from Ogletree, Deakins, Nash, Smoak & Stewart law firm has been assigned to the matter.

2. During November 2011, Plaintiff served additional interrogatories and requests for production of documents on Defendant. However, because in-house counsel and primary contact for defendant Kraft Foods Global, Inc. was unavailable throughout December and recently became available as of January 3, 2012, Defendant's responses were not received until January 10, 2012.

3. The Parties have also met and conferred and have agreed to limit discovery to Defendant's Fresno and Tulare facilities.

4. The Parties are in the process of meeting and conferring on the issue of Plaintiff's claims regarding computation of overtime compensation.

5. Plaintiff desires to contact putative class members for interviews and/or for the purpose of conducting a survey. Accordingly, the Parties are meeting and conferring on a *Belaire-West* notice [*Belaire-West Landscape, Inc. v. Superior Court* (2007) 149 Cal.App.4th 554] to be sent to putative class members through a third-party administrator.

\ \ \

\ \ \

6. The Parties also believe that the pending California Supreme Court decision in *Brinker Rest. Corp. v. Super. Ct.* (San Diego), *et. al.*, 165 Cal.App.4th 25 (2008), *rev. granted* October 22, 2008, S166350 will be instructive, not only for purposes of the trial of this case, but also in efforts to resolve the case short of trial. The Parties believe that the *Brinker* decision will be issued by California's Supreme Court within the next several months.

7. Accordingly, the Parties desire to continue the class certification dates for a period of approximately 120 days in order to complete class discovery, including the dissemination of a *Belaire-West* notice and survey of putative class members. In addition, during the continued period, the Parties will make good faith efforts to attend a mediation session using a mutually agreeable mediator. Accordingly, the Parties stipulate to the following continuance:

   a. Plaintiff's Motion for Class Certification Filing Deadline: July 9, 2012;

   b. Defendant's Opposition to Class Certification Filing Deadline: August 10, 2012;

   c. Plaintiff's Reply to Opposition to Class Certification Filing Deadline: September 10, 2012; and

   d. Class Certification Hearing: October 8, 2012.

AGREED AND STIPULATED:

WESTRUP KLICK, LLP

February 1, 2012

_____
MARK L. VAN BUSKIRK
Attorneys for Plaintiff Dolores Owens, individually and on behalf of all others similarly situated

-3-

ORDER CONTINUING CLASS CERTIFICATION DATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

January 20, 2012

/s/ Douglas J. Farmer
DOUGLAS J. FARMER
Attorneys for Defendant Kraft Foods
Global, Inc., doing business as Kraft Foods,
Inc.

# **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. Plaintiff's Motion for Class Certification Filing Deadline is CONTINUED from March 5, 2012 to July 9, 2012;
2. Defendant's Opposition to Class Certification Filing Deadline is CONTINUED from April 16, 2012 to August 10, 2012;
3. Plaintiff's Reply to Opposition to Class Certification Filing Deadline is CONTINUED from May 28, 2012 to September 10, 2012; and
4. The Class Certification Hearing is CONTINUED from June 25, 2012 at 1:30 p.m. in Courtroom No. 2 before Judge Ishii to October 9, 2012 **(as the proposed date of October 8, 2012, is a court holiday)** at 1:30 p.m. in Courtroom No. 2 before Judge Ishii.

IT IS SO ORDERED.

**Dated:** February 3, 2012         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE