R. Duane Westrup (State Bar No. 58610)
email: jveloff@wkalaw.com
Mark L. Van Buskirk (State Bar No. 190419)
email: mvanbuskirk@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, CA 90802-4524
Telephone:   (562) 432-2551
Facsimile:   (562) 435-4856

Michael L. Carver, State Bar No. 173633
email: carverm@aol.com
Michelle M. Lunde, State Bar No. 246585
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Attorneys for Plaintiff Dolores Owens,
individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES OWENS, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>       vs.<br><br>KRAFT FOODS GLOBAL, INC., doing business as KRAFT FOODS, INC. and DOES 1-10 inclusive,<br><br>             Defendants. | Case No.: 1:10-CV-02062-AWI-SMS<br><br>***THIRD* STIPULATED ORDER CONTINUING CLASS CERTIFICATION DEADLINE DATES**<br>**(Doc. 23)**<br><br>**Old** Class Certification Hearing: 10/9/12, 1:30pm, Ctrm. 2/**AWI**<br><br>**New** Class Certification Hearing: 1/7/13, 1:30pm, Ctrm. 2/**AWI** |

Plaintiff Dolores Owens ("Plaintiff") and defendant Kraft Foods Global, Inc., doing business as Kraft Foods, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), enter into the following stipulation, subject to the Court's approval, to continue dates relating to class certification:

1. This Court previously continued class certification dates at the request of the Parties as a result of certain medical emergencies, one of the medical emergencies resulted in a death. In addition, new counsel from Ogletree, Deakins, Nash, Smoak & Stewart law firm had been assigned to the matter.

2. Since that time, and on April 12, 2012, California's Supreme Court issued its long awaited decision in *Brinker Rest. Corp. v. Super. Ct. (Hohnbaum)*, 53 Cal.4th 1004 (2012) addressing issues impacting this case.

3. Plaintiff and Defendant have continued to meet and confer on Plaintiff's outstanding discovery requests; Defendant has served additional written discovery requests (responses are due within the next several weeks) and has noticed Plaintiff's deposition which will move forward after Plaintiff provides written responses to Defendant's discovery requests.

4. Plaintiff has taken depositions of Defendant's persons most knowledgeable at both the Tulare and Fresno plants.

5. Defendant has been diligently working on securing a listing of putative class members at both the Tulare and Fresno plants. Defendant expects to have a complete listing of current employees included in the putative class by June 22, 2012 and expects to have a complete listing of former employees included in the putative class by July 23, 2012.

6. Within two (2) weeks after Plaintiff receives from Defendant the complete listing of current and former employees of the Tulare and Fresno plants that will comprise the listing of putative class members, Plaintiff will provide a listing of putative class members selected by Plaintiff's statistical expert representing a sampling of putative class members.

7. Within thirty (30) days of receiving Plaintiff's sample, Defendant will produce time record for those sample employees detailing the employees' clock-in and clock-out times recorded in Defendant's time keeping system.

//

8. Within thirty (30) days after receiving from Defendant the clock-in and clock-out times of the putative class members included in Plaintiff's sample, Plaintiff will complete an analysis of that activity in accordance with California's Supreme Court's decision *Brinker*.

9. Within thirty (30) days of completion of Plaintiff's analysis of the clock-in and clock-out times of the putative class members, Plaintiff will file her motion for class certification.

10. While Plaintiff has already secured Defendant's written policies with regard to meal and rest breaks, Defendant has agreed to produce Human Resource officers at the Tulare and Fresno plants to testify to practices at the Tulare and Fresno plants with regard to meal and rest breaks.  These depositions will move forward during the time that Defendant is completing compiling an accurate listing of putative class members, gathering a sampling of time records and Plaintiff's analysis of those time records.

11. Prior to December 17, 2012, the Parties will participate in a mediation session with a retired Judge.

12. Accordingly, and to accommodate discovery and mediation in light of California's Supreme Court's decision *Brinker*, the Parties desire to continue the class certification dates for a period of approximately ninety-five (95) days.  Accordingly, the Parties stipulate to the following continuances:

   a. Plaintiff's Motion for Class Certification Filing Deadline: October 29, 2012;

   b. Defendant's Opposition to Class Certification Filing Deadline: November 26, 2012;

   c. Plaintiff's Reply to Opposition to Class Certification Filing Deadline: December 17, 2012; and,

   d. Class Certification Hearing: January 7, 2013.

AGREED AND SO STIPULATED:

        WESTRUP KLICK, LLP

Dated: June 19, 2012       /s/ Mark L. Van Buskirk
        MARK L. VAN BUSKIRK
        Attorneys for Plaintiff Dolores Owens, individually and on behalf of all others similarly situated

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: June 19, 2012       /s/ Christopher M. Ahearn
        CHRISTOPHER M. AHEARN
        Attorneys for Defendant Kraft Foods Global, Inc., dba Kraft Foods, Inc.

## **ORDER**

1. Plaintiff's Motion for Class Certification Filing Deadline is CONTINUED from July 9, 2012 to October 29, 2012;

2. Defendant's Opposition to Class Certification Filing Deadline is CONTINUED from August 10, 2012 to November 26, 2012;

3. Plaintiff's Reply to Opposition to Class Certification Filing Deadline is CONTINUED from September 10, 2012 to December 17, 2012;

4. The Class Certification Hearing is CONTINUED from October 9, 2012 at 1:30 p.m. in Courtroom No. 2 before Judge Ishii to January 7, 2013 at 1:30 p.m. in Courtroom No. 2 before Judge Ishii; and,

5. The parties are to complete a mediation session prior to [the] December 17, 2012 [hearing date on Plaintiff's motion for class certification].

IT IS SO ORDERED.

**Dated:   June 20, 2012**       /s/ Sandra M. Snyder
        UNITED STATES MAGISTRATE JUDGE