1  DOUGLAS J. FARMER, State Bar No. 139646
   douglas.farmer@ogletreedeakins.com
2  CHRISTOPHER M. AHEARN, State Bar No. 239089
   chris.ahearn@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
   Attorneys for Defendant
7  KRAFT FOODS GLOBAL, INC.
   dba KRAFT FOODS, INC.
8
   R. Duane Westrup
9  jveloff@wkalaw.com
   Mark VanBuskirk
10 mvanbuskirk@wkalaw.com
   WESTRUP KLICK LLP
11 444 West Ocean Boulevard
   Suite 1614
12 Long Beach, California 90802
   Telephone:  (562) 432-2551
13 Facsimile:  (562) 435-4856

14 Attorneys for Plaintiff DOLORES OWENS, individually and on
   behalf of all others similarly situated
15
   ***Additional Plaintiff's Counsel on following page***
16

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DOLORES OWENS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GLOBAL, INC. doing business as KRAFT FOODS, INC. and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.  1:10-CV-02062-AWI-SMS<br><br>**JOINT STIPULATION RE CLASS CERTIFICATION BRIEFING**<br><br>Judge:         Anthony W. Ishii<br>Action Filed:  September 22, 2010<br>Trial:         None |

10CV2062.stips.cert.doc

1 Michael L. Carver
mcarver@carverlaw.com
2 Michelle M. Lunde
mlunde@carverlaw.com
3 Labor Law Office, APC
1395 Ridgewood Drive, Suite 300
4 Chino, CA 95973

5

6       Plaintiff DELORES OWENS. ("Plaintiff") and Defendant KRAFT FOODS GLOBAL,

7 INC. ("Kraft Foods Global") (collectively, the "Parties") through their respective counsel seek an

8 extension of the current case schedule by 60 days. The parties conducted a mediation on

9 September 26, 2012. The mediation was not successful, but negotiations continue in earnest.

10 Additional time is needed for Plaintiff to take the deposition of over 100 additional witnesses

11 identified on October 1, 2012 by Kraft (employees from whom it obtained declarations prior to

12 mediation), prior to Plaintiff's filing of a motion for class certification (currently due October 29,

13 2012). The matters stipulated are as follows:

14       WHEREAS, on October 11, 2011, this Court continued class certification dates at the

15 request of the Parties as a result of certain medical emergencies;

16       WHEREAS, on February 6, 2012, this Court further continued class certification dates at

17 the request of the Parties, including because one of the medical emergencies referenced above

18 resulted in a death, and additional discovery was needed;

19       WHEREAS, on June 20, 2012, this Court further continued class certification dates, and

20 provided for a specific timeline for the conduct of class discovery, including the production of

21 class member lists and time and payroll data, and such lists and data were produced;

22       WHEREAS, the deadline for Plaintiff to file a motion for class certification is currently

23 October 29, 2012;

24       WHEREAS, pursuant to the Court's June 20, 2012 Order, on September 26, 2012, the

25 Parties conducted a mediation with Alan Berkowitz, Esq. of Judicate West;

26       WHEREAS, the mediation did not result in a settlement, but the Parties are continuing

27 settlement negotiations in earnest, with the continued assistance of Mr. Berkowitz;

28       WHEREAS, on October 1, 2012, Kraft identified over 100 additional witnesses

10CV2062.stip.class.cert.doc

1  (employees from whom it obtained declarations prior to mediation) in a supplemental Rule 26
2  disclosure to Plaintiff;
3      WHEREAS, Plaintiff wishes to conduct depositions of such witnesses prior to filing her
4  Motion for Class Certification;
5      WHEREAS, in the interest of resolving the case without expending the Parties' resources
6  on depositions unnecessarily, the Parties agree that the Court should continue the current class
7  certification briefing schedule by approximately 60 days;
8  IT IS THEREFORE HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
9      That the Court should order the class certification briefing schedule as follows:
10     1.    Plaintiff's Motion for Class Certification shall be filed on or before December 28,
11     2012;
12     2.    Kraft Foods Global, Inc. shall file its Opposition to the Motion for Class
13     Certification on or before January 30, 2013;
14     3.    Plaintiff shall file her Reply in Support of her Motion for Class Certification on or
15     before February 11, 2013; and
16     4.    The Hearing on Plaintiff's Motion for Class Certification is Continued from
17     January 7, 2013, in Courtroom No. 2 before Judge Ishii to March 4, 2013, in Courtroom
18     No. 2 before Judge Ishii.
19 DATED:  October 8, 2012    OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
20
21
22     By:    /s/ Christopher M. Ahearn
    Douglas J. Farmer
23     Christopher M. Ahearn
24     Attorneys for Defendant
    KRAFT FOODS GLOBAL, INC.
25     dba KRAFT FOODS, INC.
26
27
28

10CV2062.stip.class.cert.doc

DATED:  October 8, 2012                WESTRUP KLICK LLP.


                                               By:  /s/ Mark VanBuskirk (as authorized on 10/8/12)
                                                     R. Duane Westrup
                                                     Mark VanBuskirk

                                         Attorneys for Plaintiff
                                         DELORES OWENS.

## ORDER

All current class certification briefing dates are hereby VACATED, and:

1. Plaintiff's Motion for Class Certification shall be filed on or before December 28, 2012;

2. Kraft Foods Global, Inc. shall file its Opposition to the Motion for Class Certification on or before January 30, 2013;

3. Plaintiff shall file her Reply in Support of her Motion for Class Certification on or before February 11, 2013; and

4. The Hearing on Plaintiff's Motion for Class Certification is Continued from January 7, 2013, in Courtroom No. 2 before Judge Ishii to March 4, 2013, in Courtroom No. 2 before Judge Ishii.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


IT IS SO ORDERED.

   Dated:  **October 10, 2012**              **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE