R. Duane Westrup (State Bar No. 58610)
email: jveloff@wkalaw.com
Mark L. Van Buskirk (State Bar No. 190419)
email: mvanbuskirk@wkalaw.com
WESTRUP KLICK, LLP
444 West Ocean Boulevard, Suite 1614
Long Beach, CA 90802-4524
Telephone:   (562) 432-2551
Facsimile:   (562) 435-4856

Michael L. Carver, State Bar No. 173633
email: carverm@aol.com
Michelle M. Lunde, State Bar No. 246585
LABOR LAW OFFICE
A Professional Corporation
1600 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Attorneys for Plaintiff Dolores Owens, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC., doing business as KRAFT FOODS, INC. and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.: 1:10-CV-02062-AWI-SMS<br><br>**NOTICE OF SETTLEMENT OF CLASS ACTION AND ORDER VACATING CLASS CERTIFICATION BRIEFING SCHEDULE** |

Plaintiff Dolores Owens ("Plaintiff") and defendant Kraft Foods Global, Inc., doing business as Kraft Foods, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") hereby notify this Court that the Parties have entered into a settlement of this case, pending the Court's approval.

The Parties have executed a Memorandum of Understanding that is enforceable under California's *Code of Civil Procedure* § 664.6.

The Parties are presently circulating a final draft of the Settlement Agreement for signatures which they expect to have fully executed within one week. Plaintiff anticipates filing her motion for preliminary approval of class action settlement within two weeks of the execution of the settlement agreement.

Accordingly, the Parties stipulate to the Court vacating the January 7, 2013 hearing date on Plaintiff's motion for class certification, pending the filing of Plaintiff's motion for preliminary approval of settlement.

AGREED AND STIPULATED:

        WESTRUP KLICK, LLP

December 19, 2012      /s/ R. Duane Westrup
        R. DUANE WESTRUP
        Attorneys for Plaintiff Dolores Owens,
        individually and on behalf of all others
        similarly situated


        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

December 19, 2012      /s/ Christopher M. Ahearn
        CHRISTOPHER M. AHEARN
        Attorneys for Defendant Kraft Foods
        Global, Inc., doing business as Kraft Foods,
        Inc.

# **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The January 7, 2013 hearing date of Plaintiff's Motion for Class Certification is VACATED pending the filing of Plaintiff's motion for preliminary approval of class action settlement.

IT IS SO ORDERED.

Dated:   December 21, 2012

UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT OF CLASS ACTION