1 R. Duane Westrup (State Bar No. 58610)
  email: jveloff@wkalaw.com
2 Mark L. Van Buskirk (State Bar No. 190419)
  email: mvanbuskirk@wkalaw.com
3 WESTRUP KLICK, LLP
  444 West Ocean Boulevard, Suite 1614
4 Long Beach, California 90802-4524
  Telephone: (562) 432-2551
5 Facsimile: (562) 435-4856

6 Michael L. Carver, State Bar No. 173633
  email: carverm@aol.com
7 Michelle M. Lunde, State Bar No. 246585
  LABOR LAW OFFICE
8 A Professional Corporation
  1395 Ridgewood Drive, Suite 300
9 Chico, California 95928
  Telephone:  (530) 891-8503
10 Facsimile:  (530) 891-8512

11 Attorneys for Plaintiff Dolores Owens,
   individually and on behalf of all others similarly situated
12

13                  UNITED STATES DISTRICT COURT

14            FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 DOLORES OWENS, individually and on      Case No.: 1:10-CV-02062-AWI-SMS
   behalf of all others similarly situated,
17                                          Honorable Anthony W. Ishii
                 Plaintiff,
18                                          **CLASS ACTION**
           vs.
19                                          **ORDER GRANTING  PRELIMINARY
   KRAFT FOODS GLOBAL, INC., doing          APPROVAL OF SETTLEMENT**
20 business as KRAFT FOODS, INC. and
   DOES 1-10 inclusive,                     Date:  March 11, 2013
21                                          Time:  1:30 p.m.
                 Defendants.                Courtroom 2
22                                          Eighth Floor

23

24

25

26

27

28

-i-
**(PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1   The Court, having fully reviewed the Motion for Preliminary Approval of Class Action
2   Settlement, the Stipulation of Settlement of Class Action Claims ("Agreement"), and Exhibits
3   in support thereof, and having carefully reviewed the Agreement and the proposed Notice
4   of Pendency of Class Action and Proposed Settlement, and in recognition of the Court's duty
5   to make a preliminary determination as to the reasonableness of any proposed Class Action
6   settlement, and if preliminarily determined to be reasonable, to provide notice to Class
7   Members in accordance with due process requirements, and to schedule a formal Final
8   Settlement Hearing to determine the good faith, fairness, adequacy and reasonableness of
9   any proposed settlement;

10   HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

11   This action was originally filed in Fresno County Superior Court (Case No.
12   10CECG03379 on September 22, 2010, and removed to the United States District Court,
13   Eastern District on or about November 5, 2010.  Plaintiff filed the action on behalf of a class
14   of current and former Cultured Packaging Technicians and Filler Operators employed at
15   Defendant's Tulare and Fresno (South Orange Ave.) facilities at any time between
16   September 22, 2006 through the current period (the date through which this Court grants
17   preliminary approval of the settlement reached by the parties).  The complaint alleges that
18   Defendant's meal and rest break policies violated California law, class members did not
19   receive 30 minute duty-free meal periods and, as a result, class members were not paid for
20   all hours worked which, in turn, entitles class members to additional (overtime) pay and, as
21   a result, Defendant failed to provide accurate itemized statements (pay stubs) to class
22   members.

23   After thorough investigation into the facts of the action, including discovery and
24   informal exchange of information, the parties successfully mediated the case before Alan
25   Berkowitz of Judicate West.

26   The Parties propose the putative class be defined as follows:  all persons who were
27   employed in Covered Positions during the Covered Time Frame, excluding those persons
28   who have previously adjudicated or released the Released Claims.  (Covered Positions and

Covered Time Frame Cultured Packaging Technicians at the Tulare facility and at the Fresno (South Orange Ave.) facility, Filler Operators who previously worked, or currently work on the Capri Production line, and Filler Operators who previously worked or currently work on the Kool Aid Burst production line at any time between September 22, 2006 through the date of preliminary approval of the Settlement by the Court.

The Court finds on a preliminary basis that the Agreement filed with, incorporated herein by this reference and made a part of this Preliminary Approval Order, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court.  It further appears to the Court on a preliminary basis, that the settlement amount is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to the propriety of class certification, the ultimate trial on liability and damages issues, and the potential appeals of rulings.

It further appears that significant discovery, investigation, research, and litigation has been conducted such that counsel for the parties at this time are able to reasonably evaluate their respective positions.  It further appears that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation. It further appears that the proposed Settlement has been reached as the result of intensive, serious and non-collusive negotiations between the parties, including mediation with a neutral third party.

It further appears that Plaintiff Dolores Owens is a suitable class representative, was employed by Defendant in a Covered Position during the Class Period, has representative claims, and no conflict with the Class exists;

ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL IS HEREBY GRANTED,  WESTRUP KLICK, LLP AND MICHAEL L. CARVER, LABOR LAW OFFICE, A.P.C. ARE CONFIRMED AS CLASS COUNSEL, AND PLAINTIFF DOLORES OWENS IS DEEMED CLASS REPRESENTATIVE;

Consistent with the definitions provided in the Agreement, the term "Putative Class Members" includes all persons who were employed as Cultured Packaging Technicians at

1   the Tulare facility and at the Fresno (South Orange Ave.) facility, Filler Operators who

2   previously worked, or currently work on the Capri Production line, and Filler Operators who

3   previously worked or currently work on the Kool Aid Burst production line at any time

4   between September 22, 2006 through the date of preliminary approval of the Settlement by

5   the Court and who have not previously adjudicated or released the Release Claims as that

6   term is defined in the Agreement.  The Settlement Class and Settlement Class Members

7   means all Putative Class Members who do not request exclusion from the Settlement within

8   the parameters of the Agreement.  Further, the Court finds that the proposed Settlement

9   Administrator, CPT Group, Inc., is an adequate claims administrator, and the proposed

10  Notice of Pendency of Class Action and Proposed Settlement ("Class Notice"), which

11  advises the Putative Class Members of the Preliminary Approval of the Settlement, the

12  timing and procedures for filing a claim, and the date of the Final Settlement Hearing, in the

13  form attached to the Agreement as Exhibit A and incorporated herein by this reference and

14  made a part of this Preliminary Approval Order, fairly and adequately advises Putative Class

15  Members of the terms of the proposed Settlement and the benefits available to Putative

16  Class Members and of the formal Final Settlement Hearing to be conducted on July 29,

17  2013 at 1:30 p.m. and the right of Putative Class Members to file documentation in support

18  of or in opposition to the Settlement, and procedures for appearing at said hearing; the Court

19  further finds that said Notice clearly comports with all constitutional requirements, including

20  those of due process; the Court further finds that the proposed Class Notice  is reasonable,

21  appropriate and adequate and will likely assist Putative Class Members in the claims

22  process.  With regard to the proposed Claim Form, the Court finds that Claim Form

23  proposed is reasonable, appropriate and adequate and will likely assist Putative Class

24  Members in making their claims.

25       ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES

26  THE PROPOSED CLAIMS ADMINISTRATION PROCESS, THE PROPOSED NOTICE OF

27  CLASS ACTION AND PROPOSED SETTLEMENT, AND THE CLAIM FORM, AS

28  INDICATED ABOVE.

**(PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1  The mailing to the present or last known address of present and former employees

2  and an address update search for Putative Class Members, constitutes an effective method

3  of notifying Putative Class Members of their rights with respect to the Class Action and

4  Settlement;

5  ACCORDINGLY, IT IS HEREBY ORDERED THAT THE PROCEDURES SET

6  FORTH IN THE AGREEMENT AND THE FOLLOWING SCHEDULE BE ESTABLISHED

7  AND FOLLOWED, UNLESS MODIFIED BY THE COURT:

8  **Mailing of Notice and Claim Form**:

9  Within 45 days of Preliminary Approval

10  **Claims Deadline**:

11  80 days after mailing of the Notice and Claim Form

12  **Exclusion Deadline**:

13  80 days after mailing of the Notice and Claim Form

14  **Objection Deadline**:

15  80 days after mailing of the Notice and Claim Form

16  **Plaintiff to File Motion for Final Approval**:

17  5 Court days before Final Approval Hearing

18  **Final Approval Hearing**:

19  Approximately 135 calendar days after Preliminary Approval

20  **Disbursement of Funds**:

21  Disbursement of funds will be made in accordance with the terms of the Agreement.

22  IT IS FURTHER ORDERED that no person, except Class Counsel and Counsel for

23  Defendant, shall be heard in opposition to the Court's determination of the good faith,

24  fairness, reasonableness and adequacy of the proposed Settlement, the requested

25  attorneys' fees and litigation expenses, the proposed Class Representative Enhancement

26  and/or any Order of Dismissal with Prejudice and Final Judgment regarding such

27  Settlement, unless such person has complied with the conditions set forth in the Notice of

28

1  Pendency of Class Action and Proposed Settlement, which conditions are incorporated

2  herein;

3      IT IS FURTHER ORDERED all briefs supporting or opposing the Settlement shall be

4  served and filed at least five (5) Court days before the Final Approval Hearing;

5      IT IS FURTHER ORDERED that if for any reason the Court does not execute and file

6  an Order of Dismissal with Prejudice and Final Judgment, or if the "Effective Date" of

7  Settlement, as defined in the Agreement, does not occur for any reason whatsoever, the

8  proposed Agreement, and all evidence and proceedings had in connection therewith, shall

9  be without prejudice to the status quo and the rights of the parties to the litigation as more

10  specifically set forth in the Agreement;

11      IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the

12  undersigned at 1:30 p.m. on July 29, 2013 at the United States District Court, Eastern

13  District of California, Courtroom 2, 8th floor, to consider the fairness, adequacy and

14  reasonableness of the proposed Settlement, preliminarily approved by this Preliminary

15  Approval Order, and to consider the application of Class Counsel, for an award of

16  reasonable attorneys' fees, costs and expenses incurred, and the request for Class

17  Representative Service Fees for Plaintiff Dolores Owens.

18  IT IS SO ORDERED.

19
Dated:   March 15, 2013

20                                    _____
                                      SENIOR DISTRICT JUDGE

21

22

23

24

25

26

27

28

-vi-
**(PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**